# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERELE THOMAS LABOY,**

    Plaintiff,

v.                                                   Case No: 5:13-cv-582-Oc-22PRL

**EMERITUS CORPORATION**

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Allow Counsel to Appear Telephonically for Case Management Conference. (Doc. 5). The motion recites that the parties wish to conduct the case management conference by telephone in an effort to reduce expenses and facilitate prompt scheduling. Counsel for Plaintiff is located in Ft. Lauderdale, Florida, counsel for Defendant is located in Orlando, Florida.

While not unsympathetic to the parties' request, the Court believes that in person participation at the case management conference far outweighs the expense and/or inconvenience of traveling to the conference. Indeed, case management conferences are an essential part of this Court's approach to the adversary process. Local Rule 3.05 requires an in person meeting, not just to set deadlines, but also for the attorneys, including parties proceeding *pro se*, to meet each other and to set the groundwork for a working civil and cordial relationship.

Accordingly, the Defendant's motion (Doc. 5) is DENIED. If necessary, the parties shall have an additional fourteen (14) days within which to conduct the in person meeting and file their case management report.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on December 4, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties