UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERELE THOMAS LABOY,**

    **Plaintiff,**

**v.**                                                                              **Case No: 5:13-cv-582-Oc-22PRL**

**EMERITUS CORPORATION**

    **Defendant.**

## ORDER

This case comes before the Court on Plaintiff's Motion for Temporary Special Admission (Doc. 13). The action was initially filed in state court, but was removed to this Court by Defendant on November 27, 2013. (Doc. 1). Plaintiff's attorney, Sean P. Sheppard, is not currently a member of the Bar of the Middle District of Florida. (Doc. 13). Attorney Sheppard has filed an application for admission and requests temporary admission for a period of 30 days while the application is being processed.

Upon due consideration, the Motion for Temporary Special Admission to Practice in the United States District Court, Middle District of Florida (Doc. 13) is GRANTED. Pursuant to Local Rule 2.02(d), Sean P. Sheppard is granted temporary admission to the Bar of the Middle District of Florida to represent Plaintiff in this action for 30 days or until counsel has obtained general admission to the Bar of this Court, whichever is earlier. Failure to obtain general admission to the Bar of this Court within 30 days will result in the Court terminating Sean P. Sheppard as counsel of record for Plaintiff.

    **DONE** and **ORDERED** in Ocala, Florida on January 13, 2014.

- 2 -

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties